UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

KAI WEST,

Defendant.

**Unsealing Order**

25 Cr. 134
25 Mag. 567

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Ryan B. Finkel;

It is found that the Indictment, and Complaint, in the above-captioned cases is currently sealed and the United States Attorney's Office has applied to have that Indictment and Complanit unsealed, and it is therefore:

ORDERED that the Indictment, and Complaint, in the above-captioned actions be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         June ___, 2025

_____
HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK